UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMON MCDANIEL,<br>        Petitioner,<br>   v.<br>M. SPEARMAN,<br>        Respondent. | Case No. 18-cv-04656-SI<br><br>**JUDGMENT** |

This action is dismissed because the petition for writ of habeas corpus was not filed before the expiration of the habeas statute of limitations period.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 22, 2019

_____
SUSAN ILLSTON
United States District Judge